KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
R. LAWRENCE BRAGG, State Bar No. 119194
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-2595
 Fax: (916) 324-5205
 E-mail: Lawrence.Bragg@doj.ca.gov
*Attorneys for Defendant Fisk*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSEPH BUFFKIN,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**J. FISK,**<br><br>　　　　　　　　　Defendant. | Case No. 2:15-cv-0802 MCE EFB P<br><br>**(PROPOSED) ORDER MODIFYING STATUS (PRETRIAL) SCHEDULING ORDER**<br><br>Judge:　　　The Hon. Edmund F. Brennan<br>Trial Date:　 October 3, 2016<br>Action Filed: April 14, 2015 |

The Court having considered the parties' Stipulation to Modify Status (Pretrial) Scheduling Order, and good appearing under Federal Civil Procedure 16(b)(4), it is hereby ordered that the Status (Pretrial) Scheduling Order (ECF 13) is modified as follows:

　　1.　　The deadline for disclosure of expert witness information is extended to February 18, 2016;

　　2.　　The deadline for completion of discovery, including the filing of discovery motions, is extended to April 15, 2016; and

////

////

////

3. All other deadlines contained in the Status (Pretrial) Scheduling Order, including the trial date of October 3, 2016, are unchanged.

Dated: January 4, 2016.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

SA2015300506
32332618.doc