1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Supervising Deputy Attorney General
3  R. LAWRENCE BRAGG, State Bar No. 119194
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 445-2595
6    Fax: (916) 324-5205
     E-mail: Lawrence.Bragg@doj.ca.gov
7  *Attorneys for Defendant
   Fisk*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSEPH BUFFKIN,**<br><br>Plaintiff,<br><br>v.<br><br>**J. FISK,**<br><br>Defendant. | 2:15-cv-0802 MCE EFB P<br><br>**(PROPOSED) ORDER MODIFYING STATUS (PRETRIAL) SCHEDULING ORDER**<br><br>Judge:	The Honorable Edmund F. Brennan<br>Trial Date:	October 3, 2016<br>Action Filed:	April 14, 2015 |

The Court having considered the parties' Stipulation to Modify Status (Pretrial) Scheduling Order, and good appearing under Federal Civil Procedure 16(b)(4), it is hereby ordered that the Order Modifying Status (Pretrial) Scheduling Order (ECF 19) is modified as follows:

1. The deadline for disclosure of expert witness information is extended to March 17, 2016;

2. The deadline for completion of discovery, including the filing of discovery motions, is extended to May 16, 2016; and

///

///

1

3. All other deadlines contained in the Status (Pretrial) Scheduling Order, including the trial date of October 3, 2016, are unchanged.

Dated: February 16, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

SA2015300506
32392583.doc

2

(Proposed) Order Modifying Status (Pretrial) Scheduling Order (2:15-cv-0802 MCE EFB P)